IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Prova Group, Inc,<br><br>    Plaintiff,<br><br>v.<br><br>The Roscoe Company,<br><br>    Defendant. | Case No.: 1:19-cv-06971<br>Honorable Virginia M. Kendall |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Prova Group, Inc. hereby dismisses all claims in this action WITH PREJUDICE as to Defendant The Roscoe Company, with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 7, 2020

Respectfully submitted,

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II
IL State Bar No. 6284414
nstclair@jw.com
Christopher Rourk
TX State Bar No. 795626
crourk@jw.com

*Attorneys for Plaintiff,*
*Prova Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the Court's electronic case filing system, and served a copy of same on the below referenced counsel for Defendant via electronic mail.

David D. Headrick
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th floor | Chicago, IL 60661
P: 312-775-8000
dheadrick@mcandrews-ip.com

                                                        */s/ Nathaniel St. Clair, II*
                                                        Nathaniel St. Clair, II